**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Mario B Gutierrez |
| Debtor 2 (Spouse, if filing) | Talia M Gutierrez |
| United States Bankruptcy Court for the: | Northern District of Illinois (State) |
| Case number | 18-80589 |

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See bankruptcy rule 3002.1

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of the Cabana Series IV Trust

**Court claim no.** (if known): 3

**Last four digits** of any number you use to identify the debtor's account: 8559

**Date of payment change:** 11/15/2021
Must be at least 21 days after date of this notice

**New total payment:** $1,179.00
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?
   - ☒ No
   - ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable non-bankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: ____

   Current escrow payment: ____    New escrow payment: ____

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?
   - ☐ No
   - ☒ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable non-bankruptcy law. If a notice is not attached, explain why: ____

   Current Interest Rate: 3.0400%    New interest rate: 3.0300%
   Current principal and interest payment: $730.47    New principal and interest payment: $669.35

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?
   - ☒ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect)

   Reason for change:

   Current mortgage payment: ____    New mortgage payment: ____

| Debtor 1 | Mario | B | Gutierrez | Case Number *(if known)* | 18-80589 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 4:   Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.
*Check the appropriate box*
☐   I am the creditor.
☒   I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

✗     /s/ Michelle R. Ghidotti-Gonsalves                              Date  10/13/2021
     Signature

Print:      Michelle R. Ghidotti-Gonsalves              Title    Bankruptcy Attorney
            First name      Middle Name    Last name

Company     GHIDOTTI | BERGER LLP

Address     1920 Old Tustin Avenue
            Number        Street

            Santa Ana, CA 92705
            City        State      Zip Code

Contact phone   (949) 427-2010        Email:   bknotifications@ghidottiberger.com

**SN SERVICING CORPORATION**

323 FIFTH STREET
EUREKA CA  95501

(800) 603-0836
Para Español, Ext. 2660, 2643 o 2772
8:00 a.m. - 5:00 p.m. Pacific Time
Main Office NMLS #5985
Branch Office NMLS #9785

MARIO B GUTIERREZ
902 QUEEN ANNE ST
WOODSTOCK IL  60098

September 30, 2021

RE: Loan Number: ▬▬▬▬▬

## Subsequent Interest Rate Adjustment Notice

THIS COMMUNICATION IS FROM A DEBT COLLECTOR. SN SERVICING CORPORATION, THEIR EMPLOYEES, AGENTS AND ATTORNEYS ARE ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED BY US WILL BE USED FOR THAT PURPOSE.  TO THE EXTENT THAT YOU MAY HAVE RECEIVED A DISCHARGE IN BANKRUPTCY THIS COMMUNICATION SHOULD NOT BE CONSTRUED AS INTENT TO SUBJECT YOU TO PERSONAL LIABILITY FOR THE DISCHARGED DEBT.

### Changes to Your Mortgage Interest Rate and Payments on October 15, 2021

**Under the terms of your Adjustable-Rate Mortgage (ARM), you had a one-month period during which your interest rate stayed the same. That period ends on October 15, 2021, so on that date your interest rate and mortgage payment change. After that, your interest rate may change monthly for the rest of your loan term.**

|  | **Current** Rate and Monthly Payment | **New** Rate and Monthly Payment |
|---|---|---|
| Interest Rate | 3.04% | 3.03% |
| **Total Monthly Payment** | $1,210.12 | $1,179.00 (due November 15, 2021) |

**IMPORTANT:** To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this statement is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. However, Creditor retains rights under its security instrument, including the right to foreclose its lien.

**Interest Rate:** We calculated your interest rate by taking a published "index rate" and adding a certain number of percentage points, called the "margin." Under your loan agreement, your index rate is the Cost of Savings and your margin is 2.85%. The Co of Savings index is published Monthly in Wells Fargo & Company.

**Rate Limits:** Your rate cannot go higher than 11.95%, or lower than 2.85% over the life of the loan. Your rate can increase monthly by no more than 0.00%. Your rate can decrease monthly by no more than 0.00%.

**New Interest Rate and Monthly Payment:** The table above shows your new interest rate and new monthly payment. These amounts are based on the Cost of Savings index, your margin, your loan balance of 90,082.28, and your remaining loan term of 156 months.

**Prepayment Penalty:** None

Please continue to mail your payments as previously directed.  The title and telephone number of a person who will answer any question you may have regarding this notice is:

Name:  Ric Sidebottom
Title: Asset Manager
Toll Free Number: (800) 603-0836,  ext: 2626

**\*If your account is not contractually current, the new payment amount will not go into effect until your loan is due for 11/15/2021.**

## CERTIFICATE OF SERVICE

On October 13, 2021, I served the foregoing documents described as Notice of Mortgage Payment Change on the following individuals by electronic means through the Court's ECF program:

COUNSEL FOR DEBTOR(S)
David H Carter                    kkcarter6142@yahoo.com

TRUSTEE
Lydia Meyer                       ecf@lsm13trustee.com

COUNSEL FOR TRUSTEE
Fiona M. Whelan                   ch13@lsm13trustee.com

US TRUSTEE
Patrick S Layng                   USTPRegion11.MD.ECF@usdoj.gov

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Brandy Carroll
Brandy Carroll

On October 13, 2021, I served the foregoing documents described as Notice of Mortgage Payment Change on the following individuals by depositing true copies thereof in the United States mail at Santa Ana, California enclosed in a sealed envelope, with postage paid, addressed as follows:

| Debtor(s)<br>Mario B Gutierrez<br>902 Queen Anne Street<br>Woodstock, IL 60098<br><br>Talia M Gutierrez<br>902 Queen Anne Street<br>Woodstock, IL 60098 | |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Brandy Carroll
Brandy Carroll